**IT IS ORDERED as set forth below:**

Date: April 19, 2011

_____
**Margaret H. Murphy
U.S. Bankruptcy Court Judge**

_____

```
               UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

    IN RE:                       :   CHAPTER 13
                                 :
    COREY DAVIDSON,              :   CASE NO. 10-96114-MHM
                                 :
              DEBTOR.            :
```

**ORDER DISMISSING CHAPTER 13 CASE
PURSUANT TO 11 U.S.C. SECTION 109(g)**

Hearing on confirmation of the Debtor's Chapter 13 Plan came before the Court April 7, 2011 upon proper notice.

In his written Objection to Confirmation filed March 17, 2011 the Chapter 13 Trustee ("Trustee") moved to dismiss the instant case pursuant to 11 U.S.C. Section 109(g). In his objection to confirmation, and in support of his request to dismiss pursuant to 11 U.S.C. Section 109(g), Trustee showed the Court the following:

Debtor has filed one (1) previously unsuccessful Chapter 13 case:  Case No. 10-82517 filed August 2, 2010 and dismissed

prior to confirmation October 18, 2010. In prior case 10-82517, Debtor failed to commence payments, failed to file a Plan or Schedules, and failed to appear at the Meeting of Creditors.  In the instant case, debtor failed to maintain Plan payments, failed to file pay advices or provide proof of income, and failed to provide proof of post-petition mortgage payments when requested by Trustee.

Debtor has failed to file a confirmable plan in the instant Chapter 13 case. Such failure represents an unreasonable and prejudicial delay in protecting the rights and interests of the estate and Debtor's creditors;  accordingly, it is hereby

ORDERED that confirmation of the Debtor's Chapter 13 Plan is DENIED for Debtor's failure to comply with the applicable provisions of 11 U.S.C. Section 1325(a)(1).  It is further

ORDERED that Trustee's request to dismiss this case pursuant to 11 U.S.C. Sections 105(a) and 109(g) is GRANTED: Debtor is hereby ineligible to file for relief as to Chapter 13 under Title 11 of the United States Bankruptcy Code for one hundred eighty (180) days from the date of entry of this Order.

The Clerk of Court is directed to serve notice of this Order on all creditors, parties in interest, Debtor and Debtor's attorney.

[**END OF DOCUMENT**]

Presented by:

\_/S/_____
Mandy K. Campbell, Attorney
for the Chapter 13 Trustee
GA Bar No. 142676
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
TEL:   678-510-1444
FAX:   678-510-1450